No. 4786.—COMPAÑÍA TEATRAL DE SANTURCE, aplte., *v.* LLOVERAS, apldo.— ▇▇▇▇▇▇▇▇▇▇ C. D. San Juan. Dic. 4, 1928.

POR CUANTO cuatro días después de vencido el término de veinte días que por la ley tiene el taquígrafo para hacer la transcripción para esta apelación fué solicitada y obtenida prórroga de dicho término;

POR CUANTO una prórroga solicitada y obtenida después de vencido el término que se quiere prorrogar es nula, según hemos resuelto en el caso de *Ex parte Deliz* v. *Franco,* 21 D.P.R. 526;

POR CUANTO interpuesta la apelación en este caso el 18 de junio de 1928 no se ha radicado al presente la transcripción de los autos;

POR TANTO, debemos desestimar y desestimamos esta apelación, como solicita el apelado.